UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No.: 2:20-CR-00004-TPB-NPM

v.

KWAMEAINE RASHAD BROWN,

    Defendant,
_____/

| | | | |
|---|---|---|---|
| **Judge:** | Kyle C. Dudek | **Counsel for Government** | Simon Eth |
| **Deputy Clerk:** | Courtney Ward | **Counsel for Defendant:** | Roy Foxall, CJA |
| **Court Reporter** | Digital | **Pretrial/ Probation** | Matt Garner |
| **Date/Time** | May 6, 2025 11:30 AM | **Interpreter** | |
| **Bench Time** | 11:34 AM-11:58 AM 24 minutes | | |

### CLERK'S MINUTES – INITIAL APPEARANCE VOSR

Defendant appearing via a summons on a Petition for Warrant or Summons for Offender Under Supervised Release / Probation.

Defendant advised of rights, charges, penalties, etc.

Defendant requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints the CJA counsel Roy Foxall. **ORDER TO ENTER.**

Court advised the parties of the requirements of the Due Process Protections Act.

**DETENTION**
Defendant moves for bond and makes proffer.

Government orally moves for detention and makes rebuttal.

Defendant makes brief rebuttal.

Court GRANTS government's *ore tenus* motion for detention and remands defendant to the custody of the U.S. Marshals. **ORDER OF DETENTION TO ENTER.**

Defendant Brown would like to speak and the Court strongly warns him of his right to remain silent. Mr. Brown speaks as stated on record.

The Government remarks on the same.

The Court reiterates to Defendant that he is being detained.

An expedited revocation hearing is discussed with the Court and counsel. The Court will retain different CJA counsel if Mr. Foxall is out of town for the 5/15/25 revocation hearing.